IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.     CASE NO. 1:97-cr-00037-MP

BENJAMIN LEON WASHINGTON,     1:97-cr-00024 - MP

    Defendant.
_____/

## **O R D E R**

On Thursday, March 30, 2006, Defendant was scheduled for a hearing on the possible revocation of his supervised release. At the hearing, an oral motion to continue was made. No objections were made to this motion. Accordingly, the motion is granted. Defendant's revocation hearing is hereby rescheduled for Wednesday, May 24, 2006, at 10:00 a.m.

**DONE AND ORDERED** this *31st* day of March, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge