IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NOS. 1:97-cr-00024-MP
    1:97-cr-00037-MP

BENJAMIN LEON WASHINGTON,

    Defendant.
_____/

## O R D E R

Defendant currently has a hearing scheduled for Wednesday, May 24, 2006, regarding the possible revocation of his supervised release.  According to the Probation Office, however, Mr. Washington requires at least six more weeks of in-patient treatment.  Accordingly, the revocation hearing is hereby continued until Wednesday, July 19, 2006, at 10:00 a.m.

**DONE AND ORDERED** this  _16th_  day of May, 2006

            *s/Maurice M. Paul*
           Maurice M. Paul, Senior District Judge